**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

U.S. District Court  
Eastern District of California  
Office of the Clerk  
4-200 U.S. Courthouse  
501 I Street  
Sacramento, CA 95814

RE: CV 08- 0283 CRB(PR)   RUBEN SERVIN   V.  TONY HEDGPETH

Dear Clerk,

      Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☐ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

      Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,  
RICHARD W. WIEKING, Clerk

by: Maria Loo  
Case Systems Administrator

Enclosures  
Copies to counsel of record